IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
[illegible stamp] CHARLESTON, SC

2012 MAY 10  A 9: 44

| | |
|---|---|
| Philip Woods, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 0:11-2938-SB |
| v. ) | |
| ) | |
| Warden of Lee County Correctional ) | **ORDER** |
| Institution, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court upon the Petitioner's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On April 17, 2012, Magistrate Judge Paige J. Gossett issued a report and recommendation ("R&R") analyzing the issues and recommending that the Court grant the Respondent's motion for summary judgment based on the untimely filing of Woods' section 2254 petition. Attached to the R&R was a notice advising the parties of the right to file specific, written objections to the R&R within fourteen days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Petitioner did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. After review, the Court agrees with the Magistrate Judge that Woods' petition was

not timely filed and is therefore barred by 28 U.S.C. § 2244(d). Accordingly, the Court hereby adopts the R&R as the Order of this Court, and it is

**ORDERED** that the Respondent's motion for summary judgment (Entry 12) is granted, and Woods' petition is dismissed as untimely.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

May 9, 2012
Charleston, South Carolina

#2